IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA    )
           )
v.            )    CRIMINAL NO. 1:21-CR-10002-001
           )
RASHEED RAHID MUHAMMAD    )

## FINAL ORDER OF FORFEITURE

On August 18, 2021, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 25). In the Preliminary Order of Forfeiture, a shotgun having a barrel less than 18 inches in length manufactured by Harrington & Richardson, Inc., model 088, 12 gauge shotgun with a serial number of BA467489, was forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On September 20, 2021, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was October 18, 2021. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on August 18, 2021 shall become final at this time.

IT IS SO ORDERED this _16th_ day of ___March___, 2022.


_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE