Case 1:21-cr-10002-SOH   Document 66   Filed 12/13/23   Page 1 of 2 PageID #: 324

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>RASHEED RAHID MUHAMMAD | )<br>)<br>)<br>) Case No: 1:21CR10002-001<br>) USM No: 43162-509<br>) |
| Date of Original Judgment: 03/16/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) James Bruce Bennett<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **72** months **is reduced to** **70 months**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **03/16/2022** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/13/2023

Judge's signature

Effective Date: 02/01/2024
*(if different from order date)*

The Honorable Susan O. Hickey, Chief U.S. District Judge
*Printed name and title*

Case 1:21-cr-10002-SOH   Document 66   Filed 12/13/23   Page 2 of 2 PageID #: 325

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: RASHEED RAHID MUHAMMAD
CASE NUMBER: 1:21CR10002-001
DISTRICT: Western District of Arkansas

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 27　　　　Amended Total Offense Level: 27
Criminal History Category: IV　　　　　Criminal History Category: III
Previous Guideline Range: 100 to 125 months　Amended Guideline Range: 87 to 108 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

The defendant received a 2-level downward departure pursuant to USSG § 5K1.1, resulting in a guideline range of 84 to 105 months. The Court also imposed a 2-level downward variance pursuant to 18 U.S.C. § 3553(a) factors, resulting in a guideline range of 70 to 87 months. The defendant received a sentence of 72 months imprisonment for Distribution of Methamphetamine, which was calculated as 11% of the previous guideline range (after application of the departure and variance).

After reducing his criminal history category, the amended guideline range is now 87 to 108 months. After application of the 2-level downward departure pursuant to USSG § 5K1.1, the guideline range is 70 to 87 months; therefore, the defendant's eligible range of his new sentence is 70 to 72 months, and a sentence of 11% of the eligible range is 70 months.

According to Bureau of Prisons records, the defendant has the following violation: misusing authorized medication.