## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

v.                                      Case No. 1:21-cr-10002

**RASHEED R. MUHAMMAD**                                                 **DEFENDANT**

### ORDER OF DETENTION

Having conducted a detention hearing (ECF No. 106) on October 29, 2025, pursuant to 18 U.S.C. § 3142, the Court, finds that Defendant's Motion to Reconsider Detention Status (ECF No. 104) is **DENIED** and **ORDERS** the above-named Defendant detained pending final hearing in this matter.

### Statement of Reason for the Detention

The Court orders the Defendant's detention because it finds:

- The Defendant has not met Defendant's burden of establishing by clear and convincing evidence that Defendant is not likely to flee or appear as ordered;

- The Defendant has not met Defendant's burden of establishing by clear and convincing evidence that Defendant is not likely to pose a danger to the safety of any other person or the community;

- I further find that Defendant is not likely to comply with any condition of release imposed by the Court. Defendant has a history of violation of the law and disregard of the rules and Conditions of supervision.

### Conclusion

The Court directs that:

The Defendant be committed to the custody of the United States Marshal to be brought back to Court for any hearing subsequently scheduled; and the Defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS SO ORDERED.

SIGNED THIS 29th day of October, 2025.

_____
HONORABLE SPENCER G. SINGLETON
United States Magistrate Judge

2